IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DANIEL SOLENBERGER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HILLCREST DAVIDSON & ASSOCIATES, *et al.*<br><br>　　Defendant. | Case No. 4:17-CV-00702-GAF |

## **EXHIBIT LIST IN SUPPORT OF DEFENDANT HILLCREST, DAVIDSON, AND ASSOCIATES LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The following exhibits in support of Defendant Hillcrest, Davidson, and Associates LLC's ("Hillcrest") Motion for Partial Summary Judgment are attached hereto:

　　Exhibit 2

　　Exhibit 3

　　Exhibit 4

　　Exhibit 5

　　Exhibit 8

　　Exhibit 11

The remaining exhibits are the subject of Defendant Hillcrest, Davidson and Associates LLC's Motion for Leave to File Suggestions in Support of Motion for Partial Summary Judgment and Exhibits Under Seal. (Doc. 116.) Copies of the Suggestions and exhibits that Hillcrest seeks leave to file under seal have been emailed to the Court's Courtroom Deputy, in accordance with the Court's Civil Administrative Procedures Manual and User Guide.

Respectfully submitted,

BARBER EMERSON, L.C.


By    s/ Catherine C. Theisen
　　　Terrence J. Campbell – MO #50623
　　　Catherine C. Theisen – KS #000576
　　　1211 Massachusetts Street
　　　P.O. Box 667
　　　Lawrence, Kansas 66044
　　　Tele: (785) 843-6600
　　　Fax: (785) 843-8405
　　　ctheisen@barberemerson.com

　　　*Attorneys for Defendant Hillcrest,*
　　　*Davidson, and Associates LLC*


### CERTIFICATE OF SERVICE

I hereby certify that on the  8th  day of June, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all attorneys linked to this case.


　　　s/ Catherine C. Theisen
　　　Catherine C. Theisen